[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  14-10117
Non-Argument Calendar
_____

D.C. Docket No. 0:11-cr-60062-WPD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL RODRIGUEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 31, 2014)

Before TJOFLAT, WILSON and FAY, Circuit Judges.

PER CURIAM:

Timothy Cone, appointed counsel for Manuel Rodriguez in this appeal from his resentencing following our opinion in *United States v. Rodriguez*, 732 F.3d 1299 (11th Cir. 2013), has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rodriguez's sentences are **AFFIRMED**.

2